IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2110-BO

| | | |
|---|---|---|
| LEROY CONANT, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY JOHNS, | ) | |
| Respondent. | ) | |

Leroy Conant filed a petition for a writ of habeas pursuant to 28 U.S.C. § 2241 to challenge his present confinement under 18 U.S.C. § 4248. On November 18, 2010, the court granted Conant's motion to dismiss in his 18 U.S.C. § 4248 case and ordered his release within thirty days of the entry of the order. United States v. Conant, No. 5:09-HC-2015-BO, D.E. # 13, joining and incorporating Conant in the holding of United States v. Broncheau, et al, 5:06-HC-2219-BO, et al. Because that opinion concluded the matter, this habeas petition and all pending motions are DENIED AS MOOT and without prejudice (D.E. # 8 and 12). The Clerk is DIRECTED to CLOSE the case.

SO ORDERED, this 6 day of December 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE